# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MICHAEL J. GREEN, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:09-105-KD-N |
| CHERYL PRICE, et al., | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to Green's Motion for Leave to Appeal In Forma Pauperis (Doc. 31), and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

The undersigned certifies that the petitioner's appeal from the determination that his petition was untimely filed is not taken in good faith. Accordingly, it is **ORDERED** that Petitioner's Motion for Leave to Appeal in forma pauperis (Doc. 31) is **DENIED**.

**DONE** and **ORDERED** this the **24th** of **June, 2010**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**