IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL J. GREEN,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**CHERYL PRICE,** *et al.*, )<br>)<br>Respondents. ) | **CIVIL ACTION NO. 2:09-0105-KD-N** |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated December 11, 2012, is **ADOPTED** as the opinion of this Court. Additionally, the Court finds that there is no basis for issuance of a Certificate of Appealability or for permission to appeal *in forma pauperis* in this case.

Accordingly, it is **ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 is **DENIED.**

**DONE** and **ORDERED** this **11**th day of **January 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**