IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL J. GREEN,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:09-0105-KD-N |
| **CHERYL PRICE,** *et al.*, | ) ) ) | |
| Respondents. | ) | |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated December 11, 2012, is **ADOPTED** as the opinion of this Court. Additionally, the Court finds that there is no basis for issuance of a Certificate of Appealability or for permission to appeal *in forma pauperis* in this case.

Accordingly, it is **ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 is **DENIED.**

**DONE** and **ORDERED** this **11**th day of **January 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**